

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00165-CV

**IN THE MATTER OF K.W.F.**, a Juvenile

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. J17-36
Honorable N. Keith Williams, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Chief Justice
             Rebeca C. Martinez, Justice
             Liza A. Rodriguez, Justice

Delivered and Filed: June 5, 2019

DISMISSED FOR WANT OF JURISDICTION

Appellant filed a notice of appeal on February 28, 2019 seeking to challenge the juvenile court's transfer order signed on February 2, 2018 in which the court waived its jurisdiction and transferred appellant to the criminal district court for prosecution as an adult. *See* TEX. FAM. CODE ANN. § 54.02 (establishing the procedures for waiver of juvenile court jurisdiction and certification for trial as an adult). Under the applicable law, appellant had the right to immediately appeal the juvenile court's transfer order. *See* TEX. FAM. CODE ANN. § 56.01(c)(1)(A), (g–1); *see also Ex parte Rodriguez*, 466 S.W.3d 846, 848 n.4 (Tex. Crim. App. 2015) (noting the 2015 amendments to Texas Family Code section 56.01 "making a juvenile court's waiver of jurisdiction immediately appealable"). Because appellant did not immediately appeal the transfer order, appellant must now wait until a final judgment has been entered in the criminal district court in order to appeal. TEX.

R. APP. P. 25.2(a)(2), 26.2(a).  The record before us contains only the pleadings and transcript pertaining to the section 54.02 transfer order and does not contain a final judgment.

Accordingly, on April 12, 2019, we ordered appellant to show cause within thirty days why this appeal should not be dismissed for want of jurisdiction.  Appellant timely responded and stipulated to dismissal of this appeal without prejudice.  We therefore dismiss this appeal for want of jurisdiction without prejudice.  *See* TEX. R. APP. P. 42.3(a).

PER CURIAM